15cr10076

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** I     **Investigating Agency** FBI, HHS, VA, FDA, DCIS

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Patrick Fabian    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name**

**Address** (City & State) Lake Elmo, MN 55042

**Birth date (Yr only):** 1967   **SSN (last4#):** 5566   **Sex** M   **Race:** Caucasian   **Nationality:** U.S.

**Defense Counsel if known:** Frank Libby    **Address** 399 Boylston Street

**Bar Number** _____     Boston, MA 02116

## U.S. Attorney Information:

**AUSA** Sara Miron Bloom, Patrick Callahan    **Bar Number if applicable** 552351 (Bloom)

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 18

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/8/2015    **Signature of AUSA:** /s/ Sara Bloom

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Patrick Fabian

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy | 1 |
| Set 2 | 15 U.S.C. 77(7), 78ff | Securities Fraud | 2-4 |
| Set 3 | 18 U.S.C. 1343 | Wire Fraud | 5-8 |
| Set 4 | 18 U.S.C. 331(a), 333 | Food, Drug & Cosmetic Act Violations | 9-18 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

**JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)**

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** I    **Investigating Agency** FBI, HHS, VA, FDA, DCIS

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** William Facteau    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) 67 ROSEWOOD DR

**Birth date (Yr only):** 1970    **SSN (last4#):** 3767    **Sex** M    **Race:** Caucasian    **Nationality:** U.S.

**Defense Counsel if known:** Leo Cunningham    **Address** 650 Page Mill Road, Palo Alto, CA 94304

**Bar Number** _____

### U.S. Attorney Information:

**AUSA** Sara Miron Bloom, Patrick Callahan    **Bar Number if applicable** 552351 (Bloom)

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

### Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 18

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/8/2015    **Signature of AUSA:** _[signature]_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  William Facteau

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy | 1 |
| Set 2 | 15 U.S.C. 77(7), 78ff | Securities Fraud | 2-4 |
| Set 3 | 18 U.S.C. 1343 | Wire Fraud | 5-8 |
| Set 4 | 18 U.S.C. 331(a), 333 | Food, Drug & Cosmetic Act Violations | 9-18 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011